**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
9750 W. Skye Canyon Park Dr., Suite 160-174
Las Vegas, NV 89166
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>BRIDGET LYNN GRIGGS,<br><br>Debtor(s). | Case No.26-14824-NMC<br>Chapter 7<br><br>**MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §707(a) AND 521(e)(2)(B)**<br><br>Hearing Date: November 5, 2026<br>Hearing Time: 11:00 a.m. |

BRIAN D. SHAPIRO, Chapter 7 Trustee, requests the Court to dismiss the above entitled case pursuant to 11 U.S.C. § 521 and 11 U.S.C. § 707(a) for the following reasons:

1. Debtor filed a Chapter 7 bankruptcy petition on July 31, 2026. [ECF #1]. See, generally, the Declaration of Brian D. Shapiro ("***Trustee Decl***.") filed contemporaneously with this Motion.
2. Movant is the duly authorized, appointed and acting Chapter 7 Trustee in the above-entitled estate. Id.
3. The meeting of creditors was originally set for hearing on September 4, 2026. The Debtor appeared at the hearing, however, Debtor failed to provide the Trustee with

required documents including, but not limited to, tax returns. The meeting continued to October 5, 2026. Id.

4. On October 5, 2026, the Debtor failed to appear at the continued meeting of creditors or provide required documents. The meeting has been continued to November 23, 2026. Id.

5. 11 U.S.C. § 521(a) paragraphs (3), (4), and (5) state, respectively, that the Debtor must: "cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under his title;" "surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate, whether or not immunity is granted under section 344 of this title;" and "appear at the hearing required under section 542(d) of this title."

6. 11 U.S.C. § 521(e)(2) requires the Debtor prior to 7 days before the meeting of creditors turn over to the Trustee a copy of the Federal income tax return required under applicable law (or at the election of the debtor, a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed. Under Section 521(e)(2)(B) the court shall dismiss the case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor.

7. 11 U.S.C. §707(a) further states that the "court may dismiss a case under this chapter only after notice and a hearing and only for cause, including-- (1) unreasonable delay by the debtor that is prejudicial to creditors." Therefore, the Trustee requests the Court to dismiss the case under section as such delay was unreasonable and prejudicial.

WHEREFORE, The Chapter 7 Trustee requests the Court to dismiss the case under section 707(a) and 521(e)(2)(B).

DATED October 6, 2026

*/s/ Brian D. Shapiro*
BRIAN D. SHAPIRO, TRUSTEE