RECEIVED
AND FILED GCO

OCT 26 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

Bridget Lynn Griggs
Pro Se
951 Las Palmas Entrada Ave
Henderson, NV 89012
Phone 702-771-2170
Email: BLGPPS72@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

**IN RE:**
**BRIDGET LYNN GRIGGS,**
DEBTOR.

**Case No. 26-14824-NMC**
**Chapter 7**

**DEBTOR'S RESPONSE AND OPPOSITION TO SUPPLEMENTAL MOTION FOR RELIEF FROM AUTOMATIC STAY**

**Hearing Date:** October 27, 2026
**Time:** 1:30 p.m.

COMES NOW the Debtor, **Bridget Lynn Griggs**, appearing in this matter, and respectfully submits this Response and Opposition to the Supplemental Motion for Relief from Automatic Stay filed by **Aqua Investors Fund IV, L.P.** ("Aqua"), and respectfully requests that this Honorable Court deny or dismiss the Motion for the following reasons:

**1. DEBTOR WAS NOT SERVED WITH THE MOTION FOR RELIEF FROM AUTOMATIC STAY**

Debtor did not receive proper service of the original Motion for Relief from Automatic Stay that Aqua states was filed on **September 29, 2026**.

Debtor was not served with the Motion and therefore did not have proper notice or a meaningful opportunity to respond to the allegations contained in that Motion before the matter proceeded.

Debtor respectfully requests that the Court require Aqua to establish that the original Motion was properly served upon the Debtor and to provide proof of service.

**2. AQUA INVESTORS FUND IV, L.P. IS NOT THE OWNER OF THE APARTMENT PROPERTY**

The property involved in this matter is **Allegro at Las Entrada Apartments**.

The property is **Allegro at La Entrada, 951 Las Palmas Entrada Ave., Henderson, NV 89012**. The current official property website is operated by Mark-Taylor Residential, and its own website identifies Mark-Taylor as the company managing Allegro.

**What the records establish**

The property is **Allegro at La Entrada, 951 Las Palmas Entrada Ave., Henderson, Nevada 89012**, and the Clark County Assessor identifies the property by **APN <u>178-14-401-004</u>**. The property is a 262-unit multifamily property on approximately 15.4 acres.

Allegro at La Entrada by Mark-Taylor is currently **managed by Mark-Taylor Residential**. Mark-Taylor's own website identifies its leasing/management operation at the property.

**Aqua Investors Fund IV has identified itself with Allegro Apartments**, but require it to prove **the precise nature of its present legal interest in the property and its standing to obtain relief from the automatic stay**.

**Debtor requests that Aqua Investors Fund IV, L.P. establish its present legal interest in the subject property. Clark County records have identified Aqua Investors Fund IV, L.P. as the owner of APN <u>178-14-401-004</u>, which corresponds to 951 Las Palmas Entrada Ave., Henderson, Nevada, the property operated as Allegro at La Entrada. Because the Motion for Relief from Automatic Stay was filed in September 2026, Debtor respectfully requests that Aqua establish through competent, current documentary evidence its present ownership interest, landlord interest, assignment, or other legal interest in the property and its standing to obtain relief from the automatic stay."**

Debtor disputes Aqua Investors Fund IV, L.P.'s assertion of an ownership interest in the apartment property. Based upon the information available to Debtor, the property is owned by a **Mark-Taylor affiliated corporation/entity registered in the State of Arizona**, and not by Aqua Investors Fund IV, L.P.

Accordingly, Debtor respectfully requests that Aqua be required to establish its legal interest in the property, including the nature of its ownership, lien, contractual, servicing, or other interest that would provide it with standing to seek relief from the automatic stay.

**AQUA INVESTORS FUND IV, L.P.'S PRESENT OWNERSHIP, LEGAL INTEREST, AND STANDING**

Debtor respectfully requests that this Honorable Court require Aqua Investors Fund IV, L.P. ("Aqua") to establish its present ownership interest and legal standing to seek relief from the automatic stay concerning Allegro at La Entrada Apartments, located at 951 Las Palmas Entrada Avenue, Henderson, Nevada 89012, Assessor's Parcel Number (APN) 178-14-401-004. Debtor has located a Clark County Board of Equalization record dated February

22, 2013, identifying Aqua Investors Fund IV, L.P. as the owner of the above-referenced parcel. However, because that record is historical, Debtor requests that Aqua provide current, competent documentary evidence establishing its legal interest in the property as of the date it filed its Motion for Relief from Automatic Stay on September 29, 2026. Such evidence should include, as applicable, the current deed or vesting information, any assignment or transfer of ownership, and documentation establishing Aqua's authority to pursue the requested relief.

Debtor respectfully requests that the Court consider this issue together with Debtor's objections concerning service and the amount of the alleged rental arrearage. Debtor does not ask the Court to presume that Aqua lacks standing solely because the historical record may not establish current ownership; rather, Debtor requests that Aqua establish its present legal interest and authority to obtain the relief it seeks.

The fact that Aqua may have some financial or contractual relationship concerning the property does not, by itself, establish that it is the owner of the premises or that it has the legal authority to pursue the requested relief. Debtor therefore respectfully requests that the Court require Aqua to provide competent evidence establishing its standing and legal interest.

**3. DEBTOR HAS ATTEMPTED TO RESOLVE THE RENT ARREARAGE**

Debtor has made efforts to resolve the outstanding rent balance.

Debtor personally inquired with the leasing manager, **Susan Burke**, concerning whether the apartment complex would accept payments toward the outstanding rent arrearage so that Debtor could begin reducing the amount owed.

Debtor specifically attempted to determine whether she could enter into a payment arrangement or make payments toward the arrearage.

Ms. Burke refused to accept a partial payment and advised Debtor that the entire amount had to be paid in full.

Thus, Debtor's inability to make a payment toward the balance should not be construed as a refusal to address the arrearage. Debtor has affirmatively attempted to make arrangements to pay the amount owed, but the apartment management has refused to accept partial payments or establish a payment arrangement.

**4. DEBTOR IS CURRENTLY UNEMPLOYED AND IS SEEKING INCOME**

Debtor is presently unemployed and is actively seeking employment.

Debtor is currently receiving retirement benefits and is also awaiting a determination concerning her application for Social Security Disability benefits.

Debtor is **64 years old and will turn 65 in December 2026**.

Despite her present financial difficulties, Debtor is attempting to obtain employment and additional income so that she can stabilize her financial situation and address her outstanding obligations.

**5. THE AMOUNT CLAIMED APPEARS TO INCLUDE LEGAL FEES THAT ARE NOT RENT**

Debtor has reviewed the rental ledger and has observed charges identified as **legal fees**.

Those legal fees are not rent.

Debtor respectfully requests that the Court distinguish between actual unpaid rent and attorney fees, legal expenses, court costs, or other charges that may have been added to the account.

To the extent Aqua's requested relief is based upon an alleged rental arrearage, Debtor respectfully requests that Aqua provide a complete and accurate accounting identifying:

1. The actual monthly rent charged;
2. Payments received and the dates of those payments;
3. Any late fees or other charges;
4. Any legal fees or attorney fees;
5. Any court costs or other fees;
6. The date and basis for each charge; and
7. The actual amount of rent, if any, that remains unpaid.

**6. DEBTOR HAS FILED A SEPARATE REQUEST TO EXTEND THE AUTOMATIC STAY**

Debtor has also filed a separate Motion/Request seeking an extension of the automatic stay.

Debtor respectfully asks this Honorable Court to consider that request together with Aqua's Motion for Relief from Stay.

Debtor is attempting to stabilize her financial circumstances, obtain employment, secure additional income, and resolve the outstanding rental obligations. Granting relief from the automatic stay at this time would

substantially interfere with Debtor's ability to obtain the relief and protection she is seeking through this bankruptcy proceeding.

**7. RELIEF REQUESTED**

For the foregoing reasons, Debtor respectfully requests that this Honorable Court:

**A.** Deny and/or dismiss Aqua Investors Fund IV, L.P.'s Supplemental Motion for Relief from Automatic Stay;

**B.** Require Aqua to establish that it properly served the original Motion for Relief from Automatic Stay upon Debtor;

**C.** Require Aqua to establish its legal interest and standing with respect to Allegro at Las Entrada Apartments;

**D.** Require a complete and accurate accounting of the alleged arrearage, separating unpaid rent from legal fees, attorney fees, court costs, late fees, and other charges;

**E.** Consider Debtor's separate Motion/Request to Extend the Automatic Stay;

**F.** Extend the automatic stay as requested by Debtor; and

**G.** Grant such other and further relief as this Honorable Court finds just and proper.

Debtor respectfully submits that dismissal or denial of the Motion for Relief from Automatic Stay is appropriate because Debtor was not properly served with the original Motion, the moving party's ownership and legal interest in the property are disputed, Debtor has attempted to make arrangements to address the rental arrearage, and Debtor is actively seeking employment and additional income while awaiting a determination concerning her Social Security Disability application.

Debtor respectfully asks this Honorable Court to allow her the opportunity to stabilize her financial circumstances and proceed with the relief requested in her bankruptcy case.

DATED this 23rd day of October, 2026.

**BRIDGET LYNN GRIGGS**
Debtor, Pro Se

CERTIFICATER OF SERVICE

I, BRIDGET LYNN GRIGGS, hereby certify that on OCTOBER 23, 2026, I served a true and correct copy of the following document:

**DEBTOR'S RESPONSE AND OPPOSITION TO SUPPLEMENTAL MOTION FOR RELIEF FROM AUTOMATIC STAY** upon the following parties:

1. Creditor
ALLEGRO AT LAS ENTRADA
AMY B. LEIGH, ESQ
KARSAZ LAW
6267 S. Rainbow Blvd, suite 120
Las Vegas, NV 89119
EMAIL ADDRESS: aleigh@karsaz-law.com,

**Method of Service: U.S. Mail**

2.. Chapter 7 Trustee
Brian D. Shapiro
Chapter 7 Trustee
9750 West .Skye Canyon Park Drive
Ste 160-174
Las Vegas, NV 89166
**Method of Service: U.S. Mail**

I certify that the foregoing documents were served on the above-listed parties in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Nevada, and any applicable Court order.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23r day of October, 2026

Respectfully submitted

/s/ Bridget Lynn Griggs
BRIDGET LYNN GRIGGS
Debtor, Pro Se
951 Las Entrada Palmas Ave Apt 2214
Henderson, NV 89012
(702) 771-2170
BLGPPS72@gmail.com

# EXHIBIT 1

# Ledger

Allegro

2/5/2026 - 10/23/2026
Printed 10/23/2026 3:00:18 PM



## Bridget Griggs

| | | | | | |
|---|---|---|---|---|---|
| Unit: | 2214 | Application Date: | 02/05/2026 | Lease Signed Date: | 02/21/2026 | Notice Given: |
| Address: | 951 Las Palmas Ave #2214 Henderson, NV 89012 | Move In Date: | 02/21/2026 | Lease Start Date: | 02/21/2026 | Move Out Date: |
| | | Lease Status: | Current | Lease End Date: | 08/20/2027 | |

### Charges and Payments

| Date | Reference | Description | Payment Type | Charge | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|
| 02/04/2026 | | Balance as of 02/04/2026 | | | 0.00 | 0.00 | |
| 02/05/2026 | | Non-Refundable Fee | | 275.00 | | 275.00 | |
| 02/05/2026 | | Application Fee | | 60.00 | | 335.00 | |
| 02/05/2026 | #406038C9 | Payment | ACH Payment | | 335.00 | 0.00 | |
| 02/07/2026 | #2DDB47FB | Payment | ACH Payment | | 1,130.85 | -1,130.85 | |
| 02/08/2026 | R-#406038C9 | Reversed ACH Payment #406038C9:Payment | NSF | | -335.00 | -795.85 | No account/unable to locate |
| 02/08/2026 | | NSF Fee | | 25.00 | | -770.85 | |
| 02/09/2026 | #8CB37F14 | Payment | ACH Payment | | 335.00 | -1,105.85 | |
| 02/11/2026 | R-#2DDB47FB | Reversed ACH Payment #2DDB47FB:Payment | NSF | | -1,130.85 | 25.00 | Insufficient funds |
| 02/11/2026 | | NSF Fee | | 25.00 | | 50.00 | |
| 02/12/2026 | R-#8CB37F14 | Reversed ACH Payment #8CB37F14:Payment | NSF | | -335.00 | 385.00 | Insufficient funds |
| 02/12/2026 | | NSF Fee | | 25.00 | | 410.00 | |
| 02/21/2026 | | MT Plus | | 36.86 | | 446.86 | |
| 02/21/2026 | | Rent | | 528.57 | | 975.43 | |
| 02/21/2026 | 19811253756 | Payment | Money Order | | 476.00 | 499.43 | |
| 02/21/2026 | 19811253755 | Payment | Money Order | | 500.00 | -0.57 | |
| 02/23/2026 | | Miscellaneous Income | | 0.57 | | 0.00 | Cln up ledger |
| 03/01/2026 | | Rent | | 1,850.00 | | 1,850.00 | |
| 03/01/2026 | | MT Plus | | 129.00 | | 1,979.00 | |
| 03/04/2026 | | Late Fee | | 92.50 | | 2,071.50 | |
| 03/04/2026 | #B4D94686 | Payment | ACH Payment | | 2,071.50 | 0.00 | |
| 03/07/2026 | R-#B4D94686 | Reversed ACH Payment #B4D94686:Payment | NSF | | -2,071.50 | 2,071.50 | Insufficient funds |
| 03/07/2026 | | NSF Fee | | 25.00 | | 2,096.50 | |
| 03/07/2026 | #36A82550 | Payment | ACH Payment | | 2,096.50 | 0.00 | |
| 03/11/2026 | R-#36A82550 | Reversed ACH Payment #36A82550:Payment | NSF | | -2,096.50 | 2,096.50 | Insufficient funds |
| 03/11/2026 | | NSF Fee | | 25.00 | | 2,121.50 | |
| 03/12/2026 | | Legal Fees | | 30.00 | | 2,151.50 | |
| 03/25/2026 | | Legal Fees | | 245.00 | | 2,396.50 | |
| 04/01/2026 | | Rent | | 1,850.00 | | 4,246.50 | |
| 04/01/2026 | | MT Plus | | 129.00 | | 4,375.50 | |
| 04/01/2026 | | Water - 02/21/26-02/28/26 | | 6.07 | | 4,381.57 | Water - 02/21/26-02/28/26 |
| 04/01/2026 | | Service Fee - 02/21/26-02/28/26 | | 7.50 | | 4,389.07 | Service Fee - 02/21/26-02/28/26 |
| 04/01/2026 | | Electric - 02/21/26-02/28/26 | | 2.14 | | 4,391.21 | Electric - 02/21/26-02/28/26 |

Charges and Payments

| Date | Reference | Description | Payment Type | Charge | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|
| 04/01/2026 | | Sewer - 02/21/26-02/28/26 | | 7.82 | | 4,399.03 | Sewer - 02/21/26-02/28/26 |
| 04/01/2026 | | Trash - 02/21/26-02/28/26 | | 7.29 | | 4,406.32 | Trash - 02/21/26-02/28/26 |
| 04/01/2026 | | Common Area Gas - 02/21/26-02/28/26 | | 1.49 | | 4,407.81 | Common Area Gas - 02/21/26-02/28/26 |
| 04/01/2026 | | Buildings/Facilities Fee - 02/21/26-02/28/26 | | 2.84 | | 4,410.65 | Buildings/Facilities Fee - 02/21/26-02/28/26 |
| 04/04/2026 | | Late Fee | | 92.50 | | 4,503.15 | |
| 04/22/2026 | 51825 | Payment | Check | | 4,503.15 | 0.00 | |
| 05/01/2026 | | Rent | | 1,850.00 | | 1,850.00 | |
| 05/01/2026 | | MT Plus | | 129.00 | | 1,979.00 | |
| 05/01/2026 | | Buildings/Facilities Fee - 03/01/26-03/31/26 | | 9.95 | | 1,988.95 | Buildings/Facilities Fee - 03/01/26-03/31/26 |
| 05/01/2026 | | Common Area Gas - 03/01/26-03/31/26 | | 4.80 | | 1,993.75 | Common Area Gas - 03/01/26-03/31/26 |
| 05/01/2026 | | Trash - 03/01/26-03/31/26 | | 27.01 | | 2,020.76 | Trash - 03/01/26-03/31/26 |
| 05/01/2026 | | Sewer - 03/01/26-03/31/26 | | 24.30 | | 2,045.06 | Sewer - 03/01/26-03/31/26 |
| 05/01/2026 | | Water - 03/01/26-03/31/26 | | 22.24 | | 2,067.30 | Water - 03/01/26-03/31/26 |
| 05/01/2026 | | Electric - 03/01/26-03/31/26 | | 7.50 | | 2,074.80 | Electric - 03/01/26-03/31/26 |
| 05/01/2026 | | Service Fee - 03/01/26-03/31/26 | | 7.50 | | 2,082.30 | Service Fee - 03/01/26-03/31/26 |
| 05/04/2026 | | Late Fee | | 92.50 | | 2,174.80 | |
| 05/05/2026 | | Legal Fees | | 30.00 | | 2,204.80 | |
| 05/19/2026 | | Legal Fees | | 245.00 | | 2,449.80 | |
| 05/28/2026 | 22116499357 | Payment | Money Order | | 1,000.00 | 1,449.80 | |
| 05/28/2026 | 19831293409 | Payment | Money Order | | 100.00 | 1,349.80 | |
| 05/28/2026 | 19831293411 | Payment | Money Order | | 340.00 | 1,009.80 | |
| 05/28/2026 | 2215770256 | Payment | Money Order | | 1,000.00 | 9.80 | |
| 05/28/2026 | 19831293415 | Payment | Money Order | | 9.80 | 0.00 | |
| 06/01/2026 | | Rent | | 1,850.00 | | 1,850.00 | |
| 06/01/2026 | | MT Plus | | 129.00 | | 1,979.00 | |
| 06/01/2026 | | Water - 04/01/26-04/30/26 | | 25.49 | | 2,004.49 | Water - 04/01/26-04/30/26 |
| 06/01/2026 | | Service Fee - 04/01/26-04/30/26 | | 7.50 | | 2,011.99 | Service Fee - 04/01/26-04/30/26 |
| 06/01/2026 | | Common Area Gas - 04/01/26-04/30/26 | | 3.67 | | 2,015.66 | Common Area Gas - 04/01/26-04/30/26 |
| 06/01/2026 | | Trash - 04/01/26-04/30/26 | | 24.37 | | 2,040.03 | Trash - 04/01/26-04/30/26 |
| 06/01/2026 | | Electric - 04/01/26-04/30/26 | | 7.50 | | 2,047.53 | Electric - 04/01/26-04/30/26 |
| 06/01/2026 | | Sewer - 04/01/26-04/30/26 | | 30.87 | | 2,078.40 | Sewer - 04/01/26-04/30/26 |
| 06/01/2026 | | Buildings/Facilities Fee - 04/01/26-04/30/26 | | 9.95 | | 2,088.35 | Buildings/Facilities Fee - 04/01/26-04/30/26 |
| 06/04/2026 | | Late Fee | | 92.50 | | 2,180.85 | |
| 06/05/2026 | | Legal Fees | | 30.00 | | 2,210.85 | |
| 06/18/2026 | | Legal Fees | | 245.00 | | 2,455.85 | |
| 07/01/2026 | | Rent | | 1,850.00 | | 4,305.85 | |
| 07/01/2026 | | MT Plus | | 129.00 | | 4,434.85 | |
| 07/01/2026 | | Service Fee - 05/01/26-05/31/26 | | 7.50 | | 4,442.35 | Service Fee - 05/01/26-05/31/26 |
| 07/01/2026 | | Electric - 05/01/26-05/31/26 | | 7.50 | | 4,449.85 | Electric - 05/01/26-05/31/26 |
| 07/01/2026 | | Water - 05/01/26-05/31/26 | | 26.70 | | 4,476.55 | Water - 05/01/26-05/31/26 |
| 07/01/2026 | | Sewer - 05/01/26-05/31/26 | | 24.49 | | 4,501.04 | Sewer - 05/01/26-05/31/26 |

## Charges and Payments

| Date | Reference | Description | Payment Type | Charge | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|
| 07/01/2026 | | Buildings/Facilities Fee - 05/01/26-05/31/26 | | 9.95 | | 4,510.99 | Buildings/Facilities Fee - 05/01/26-05/31/26 |
| 07/01/2026 | | Trash - 05/01/26-05/31/26 | | 27.32 | | 4,538.31 | Trash - 05/01/26-05/31/26 |
| 07/01/2026 | | Common Area Gas - 05/01/26-05/31/26 | | 3.85 | | 4,542.16 | Common Area Gas - 05/01/26-05/31/26 |
| 07/04/2026 | | Late Fee | | 92.50 | | 4,634.66 | |
| 08/01/2026 | | Trash - 06/01/26-06/30/26 | | 28.73 | | 4,663.39 | Trash - 06/01/26-06/30/26 |
| 08/01/2026 | | Water - 06/01/26-06/30/26 | | 36.26 | | 4,699.65 | Water - 06/01/26-06/30/26 |
| 08/01/2026 | | Service Fee - 06/01/26-06/30/26 | | 7.50 | | 4,707.15 | Service Fee - 06/01/26-06/30/26 |
| 08/01/2026 | | Buildings/Facilities Fee - 06/01/26-06/30/26 | | 9.95 | | 4,717.10 | Buildings/Facilities Fee - 06/01/26-06/30/26 |
| 08/01/2026 | | Sewer - 06/01/26-06/30/26 | | 29.80 | | 4,746.90 | Sewer - 06/01/26-06/30/26 |
| 08/01/2026 | | Electric - 06/01/26-06/30/26 | | 7.50 | | 4,754.40 | Electric - 06/01/26-06/30/26 |
| 08/01/2026 | | Common Area Gas - 06/01/26-06/30/26 | | 1.97 | | 4,756.37 | Common Area Gas - 06/01/26-06/30/26 |
| 08/01/2026 | | Rent | | 1,850.00 | | 6,606.37 | |
| 08/01/2026 | | MT Plus | | 129.00 | | 6,735.37 | |
| 08/04/2026 | | Late Fee | | 92.50 | | 6,827.87 | |
| 09/01/2026 | | Water - 07/01/26-07/31/26 | | 45.91 | | 6,873.78 | Water - 07/01/26-07/31/26 |
| 09/01/2026 | | Buildings/Facilities Fee - 07/01/26-07/31/26 | | 9.95 | | 6,883.73 | Buildings/Facilities Fee - 07/01/26-07/31/26 |
| 09/01/2026 | | Electric - 07/01/26-07/31/26 | | 7.50 | | 6,891.23 | Electric - 07/01/26-07/31/26 |
| 09/01/2026 | | Trash - 07/01/26-07/31/26 | | 30.94 | | 6,922.17 | Trash - 07/01/26-07/31/26 |
| 09/01/2026 | | Service Fee - 07/01/26-07/31/26 | | 7.50 | | 6,929.67 | Service Fee - 07/01/26-07/31/26 |
| 09/01/2026 | | Sewer - 07/01/26-07/31/26 | | 28.10 | | 6,957.77 | Sewer - 07/01/26-07/31/26 |
| 09/01/2026 | | Common Area Gas - 07/01/26-07/31/26 | | 1.27 | | 6,959.04 | Common Area Gas - 07/01/26-07/31/26 |
| 09/01/2026 | | Rent | | 1,850.00 | | 8,809.04 | |
| 09/01/2026 | | MT Plus | | 129.00 | | 8,938.04 | |
| 09/04/2026 | | Late Fee | | 92.50 | | 9,030.54 | |
| 09/04/2026 | | Legal Fees | | 446.95 | | 9,477.49 | Legal Fees on 2214 |
| 09/30/2026 | | Trash - 08/01/26-08/31/26 | | 28.63 | | 9,506.12 | Trash - 08/01/26-08/31/26 |
| 09/30/2026 | | Common Area Gas - 08/01/26-08/31/26 | | 1.14 | | 9,507.26 | Common Area Gas - 08/01/26-08/31/26 |
| 09/30/2026 | | Electric - 08/01/26-08/31/26 | | 7.50 | | 9,514.76 | Electric - 08/01/26-08/31/26 |
| 09/30/2026 | | Water - 08/01/26-08/31/26 | | 44.28 | | 9,559.04 | Water - 08/01/26-08/31/26 |
| 09/30/2026 | | Service Fee - 08/01/26-08/31/26 | | 7.50 | | 9,566.54 | Service Fee - 08/01/26-08/31/26 |
| 09/30/2026 | | Buildings/Facilities Fee - 08/01/26-08/31/26 | | 9.95 | | 9,576.49 | Buildings/Facilities Fee - 08/01/26-08/31/26 |
| 09/30/2026 | | Sewer - 08/01/26-08/31/26 | | 24.69 | | 9,601.18 | Sewer - 08/01/26-08/31/26 |
| 10/01/2026 | | Rent | | 1,850.00 | | 11,451.18 | |
| 10/01/2026 | | MT Plus | | 129.00 | | 11,580.18 | |
| 10/04/2026 | | Late Fee | | 92.50 | | 11,672.68 | |
| | | | | Ending Balance | | 11,672.68 | |